FILED
2008 MAR 19 PM 2:18

BY _____ KNK _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    08 CR 0803 H

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| RAUL GUTIERREZ-VILLALOBOS, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about February 19, 2008, within the Southern District of California, defendant RAUL GUTIERREZ-VILLALOBOS did knowingly and intentionally possess, with intent to distribute, 1,000 kilograms and more, to wit: approximately 1,823.43 kilograms (4,019.9 pounds), of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 19, 2008.

A TRUE BILL:

/s/ _____
Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/ _____
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:fer:Imperial
3/13/08