**ANTONIO F. YOON**
California Bar No. 163961
501 W. Broadway, Ste A-387
San Diego, California  92101
Telephone:  (619) 544-0021

Attorney for Mr. Gutierrez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff,               ) <br>                                   ) <br> v.                                ) <br>                                   ) <br> **RAUL GUTIERREZ,**       ) <br>                                   ) <br>     Defendant.             ) <br>                                   ) <br> _____) | Criminal No. 08cr0803-H <br> Date: April 21, 2008 <br> Time: 2:00 p.m. <br><br> **NOTICE OF MOTIONS AND MOTIONS TO:** <br><br> **1)  COMPEL DISCOVERY;** <br> **2)  SUPPRESS STATEMENTS; and,** <br> **3)  FOR LEAVE TO FILE FURTHER MOTIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY,
ALESSANDRA SERRANO, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on Monday, April 21, 2008 at 2:00 p.m., or as soon hereafter as counsel may be heard, the defendant, Raul Gutierrez, by and through his counsel, Antonio F. Yoon, will move this Court to hear these motions.

//

//

//

//

//

//

# MOTIONS

The defendant, Raul Gutierrez, by and through his attorney, Antonio F. Yoon, moves this Court pursuant to the Fifth and Sixth Amendments to the United States Constitution, Rules 12 and 16 of the Federal Rules of Criminal Procedure, and all applicable statutes and local rules to:

1) compel discovery;

2) suppress statements;

3) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other information that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Date: March 31, 2008

/s/ Antonio Yoon
_____
**ANTONIO F. YOON**
Attorney for Mr. Gutierrez

- 1 -