```
 1   KAREN P. HEWITT
     United States Attorney
 2   BRUCE C. SMITH
     Assistant U.S. Attorney
 3   California State Bar No. 078225
     Federal Office Building
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-6963
     Email: Bruce.Smith@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 08cr0803-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| RAUL GUTIERREZ-VILLALOBOS, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under Civil Local Rules 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this Court or authorized to practice under Civil Local Rules 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

AUSA Alessandra P. Serano (already designated as lead on ECF for this case)

AUSA Bruce C. Smith (all notices)

//

//

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and

2 | should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3 | <u>Name</u>

4 | N/A

5 | Please call me if you have any questions about this notice.

6 | DATED:  August 13, 2008

7 |       Respectfully submitted,

8 |       KAREN P. HEWITT
      United States Attorney

9 |

10 |       <u>s/ Bruce C. Smith</u>

11 |       BRUCE C. SMITH
      Assistant United States Attorney
      Attorneys for Plaintiff

12 |       United States of America
      Telephone: (619) 557-6963

13 |       Email: Bruce.Smith@usdoj.gov

2

|   |   |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal No. 08cr0803-H |
|                             ) |  |
| Plaintiff,                  ) |  |
|                             ) | CERTIFICATE OF SERVICE |
| v.                          ) |  |
|                             ) |  |
| RAUL GUTIERREZ-VILLALOBOS,  ) |  |
|                             ) |  |
| Defendant.                  ) |  |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED that:

I, Bruce C. Smith, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Antonio F. Yoon
   Email: antonioyoon@cox.net

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 13, 2008.

s/ Bruce C. Smith
BRUCE C. SMITH
Assistant United States Attorney
Email: Bruce.Smith@usdoj.gov