1  KAREN P. HEWITT
   United States Attorney
2  ALESSANDRA P. SERANO
   Assistant U.S. Attorney
3  California Bar No. 204796
   BRUCE C. SMITH
4  Assistant U.S. Attorney
   California Bar No. 078225
5  Federal Office Building
   880 Front Street, Room 6293
6  San Diego, California  92101-8893
   Telephone: (619) 557-7084/6963

   Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR0803-H |
|---|---|---|
| Plaintiff, | ) | DATE: September 2, 2008 |
|  | ) | TIME:    2:00 p.m. |
| v. | ) |  |
|  | ) | GOVERNMENT'S MOTIONS |
| RAUL GUTIERREZ-VILLALOBOS, | ) | IN LIMINE AND MOTIONS TO: |
| Defendant. | ) |  |
|  | ) | (1)  ADMIT EXPERT TESTIMONY; |
|  | ) | (2)  PROHIBIT SELF-SERVING HEARSAY; |
|  | ) | (3)  PROHIBIT REFERENCE TO DEFENDANT'S HEALTH, FINANCES, EDUCATION, AND POTENTIAL PUNISHMENT; |
|  | ) | (4)  ADMIT DEMEANOR EVIDENCE; |
|  | ) | (5)  LIMIT CHARACTER EVIDENCE; |
|  | ) | (6)  PRECLUDE ALL WITNESSES EXCEPT CASE AGENT; |
|  | ) | (7)  PRECLUDE EVIDENCE OF DURESS AND NECESSITY; |
|  | ) | (8)  PRECLUDE DEFENSE EXPERT WITNESS; |
|  | ) | (9)  RENEWED MOTION FOR RECIPROCAL DISCOVERY |
|  | ) | (10) ADMIT "BLIND MULE" TESTIMONY |

## NOTICE OF MOTION

TO:    Antonio Yoon, Esquire, Counsel for defendant RAUL GUTIERREZ-VILLALOBOS:

PLEASE TAKE NOTICE that on Tuesday, September 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Alessandra P. Serano and Bruce C. Smith, Assistant United States Attorneys, will move the court for an order granting the Government's Motions In Limine and Motions.

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Alessandra P. Serano and Bruce C. Smith, Assistant United States Attorneys, will hereby move the court for an order granting the Government's above-referenced Motions In Limine.

DATED:    August 19, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Alessandra P. Serano

ALESSANDRA P. SERANO
Assistant U.S. Attorney