ANTONIO YOON
California Bar Number 163961
501 W. Broadway, Suite A-387
San Diego, CA 92101
(619) 544-0021
Fax: (619) 754-6886
email: antonioyoon@cox.net

Attorney for Mr. Gutierrez

FILED

2008 AUG 27  AM 8:50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08 CR 803-H |
| Plaintiff, ) | REQUEST TO FILE UNDER SEAL |
| v. ) | |
| RAUL GUTIERREZ, ) | |
| Defendant. ) | |

REQUEST TO FILE UNDER SEAL

It is requested the attached EX PARTE MOTION TO TOUR THE COMMERCIAL PORT OF ENTRY AND PROPOSED ORDER be filed under seal as it relates to defense strategy.

Date: August 18, 2008

_____
ANTONIO YOON
Attorney for Mr. Gutierrez

SO ORDERED:

Date: 8/25/08

_____
HON. MARILYN L. HUFF
United States District Court